UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX ALFONSO SALAVERRIA,<br>  Plaintiff,<br><br>        v.<br><br>ALASKA AIR GROUP et al.,<br>  Defendants. | CASE NO. C24-00163-KKE<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS |

   This matter comes before the Court on pro se Plaintiff Alex Alfonso Salaverria's motion for leave to proceed *in forma pauperis* (IFP).  Dkt. No. 1.

   On February 7, 2024, the Court sent a notice of filing deficiency to Salaverria stating that he did not submit the proper application.  Dkt. No. 2 at 1.  Salaverria was informed that the correct IFP application needed to be submitted by March 8, 2024.  *Id.*  The notification stated "[t]he deficiencies must be corrected by the listed deadline(s). . . . Failure to do so may affect the status of your case, including dismissal of the action by the Court."  *Id.*

//

//

Because Salaverria has not provided the Court with the correct IFP application by the deadline, his motion is DENIED.

Salaverria is ORDERED to pay the filing fee of $405 by April 5, 2024, or this matter will be dismissed without prejudice.

Dated this 13th day of March, 2024.

Kymberly K. Evanson
United States District Judge