UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX ALFONSO SALAVERRIA,<br>Plaintiff,<br>v.<br><br>ALASKA AIR GROUP et al.,<br>Defendants. | CASE NO. C24-00163-KKE<br><br>ORDER DISMISSING CASE |

This matter comes before the Court *sua sponte*. This Court ordered Plaintiff Alex Alfonso Salaverria to pay his filing fee by April 5, 2024, "or this matter will be dismissed without prejudice." Dkt. No. 3 at 2.

As of the date of this order, Mr. Salaverria has not paid the filing fee. Accordingly, this case is DISMISSED without prejudice.

Dated this 15th day of April, 2024.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1